# Court Conference

Calendar Date: 10/14/2020
Calendar Time: 02:00 PM ET

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable John T. Dorsey
Courtroom

*Amended Calendar   Oct 14 2020  9:03AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | TerrAvion, Inc. | 20-12058 | Hearing | 10903804 | James Donaldson | (213) 955-9500 ext. | LimNexus LLP | Creditor, CSC Leasing Co. / LIVE |
| | | TerrAvion, Inc. | 20-12058 | Hearing | 10855587 | Benjamin A. Hackman | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Andrew Vara / LIVE |
| | | TerrAvion, Inc. | 20-12058 | Hearing | 10890383 | David Ludwig | (571) 252-3310 ext. | Dunlap Bennett Ludwig | Debtor, TerrAvion, Inc. / LIVE |
| | | TerrAvion, Inc. | 20-12058 | Hearing | 10900458 | Lucian Murley | (302) 421-6898 ext. | Saul Ewing Arnstein & Lehr LLP | Creditor, IPFS Corporation / LIVE |
| | | TerrAvion, Inc. | 20-12058 | Hearing | 10899447 | Tracy L. Pearson | (302) 273-4249 ext. | Dunlap Bennett Ludwig | Debtor, TerrAvion / LIVE |
| | | TerrAvion, Inc. | 20-12058 | Hearing | 10903596 | Alex G. Rheaume | (617) 648-4770 ext. | Morrison & Foerster LLP | Interested Party, Silicon Valley Bank / LIVE |
| | | TerrAvion, Inc. | 20-12058 | Hearing | 10903832 | Natalie Rowles | (212) 547-5367 ext. | McDermott Will & Emery LLP | Creditor, CSC Leasing Co. / LIVE |
| | | TerrAvion, Inc. | 20-12058 | Hearing | 10890412 | William C Smith | (571) 367-7640 ext. | Dunlap Bennett Ludwig | Debtor, Terravion, Inc. / LIVE |
| | | TerrAvion, Inc. | 20-12058 | Hearing | 10903597 | Gregory A. Taylor | (302) 654-1888 ext. | Ashby & Geddes | Interested Party, Silicon Valley Bank / LIVE |
| | | TerrAvion, Inc. | 20-12358 | Hearing | 10903789 | Maris Kandestin | (302) 468-5700 ext. | McDermott Will & Emery LLP | Creditor, CSC Leasing CO. / LIVE |
| | | TerrAvion, Inc. | 20-12358 | Hearing | 10903822 | Timothy W. Walsh | (212) 547-5400 ext. | McDermott Will & Emery LLP | Creditor, CSC Leasing CO. / LIVE |